UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:                                                          Chapter 13
                                                                Case No. 13-10583
Linda A. Gagne                                                  Honorable Frank J. Bailey

        Debtor
_____/

## OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

DJL Mortgage Capital, Inc., a secured creditor in the above captioned Chapter 13 case, hereby objects to the confirmation of the Chapter 13 plan filed by the Debtor on or about January 31, 2013. As grounds for its objection, Creditor states as follows:

1.  On March 22, 2010, Edward Pelletier and Linda Gagne executed the Note to PNC Mortgage, a division of PNC Bank, National Association in the original principal amount of $224,250.00 (the "Note"). The Note was subsequently endorsed in blank and transferred over to Creditor (assignee).

2.  The Note is secured by a Mortgage to PNC Mortgage, a division of PNC Bank, National Association, dated March 22, 2010 and recorded with the Bristol (Fall River District) County Registry of Deeds at Book 7402, on Page 319 (the "Mortgage"). The Mortgage was subsequently assigned to DJL Mortgage Capital, Inc. by Assignment of Mortgage dated May 20, 2011 and recorded with Bristol (Fall River District) County Registry of Deeds at Book 8083, Page 123. The Mortgage is a First Mortgage on real property owned by the Debtor known and numbered as 183 Connecticut Ave., Somerset, Massachusetts.

3.  DJL Mortgage Capital, Inc. is the current holder of the Note and Mortgage.

4.  Select Portfolio Servicing, Inc. services the loan.

04/15/2013  NO RESPONSE FILED.  OBJECTION SUSTAINED.  THE DEBTOR SHALL FILE AND SERVE, ON ALL CREDITORS AND INTERESTED PARTIES, AN AMENDED PLAN AND MOTION TO APPROVE SAME AND SHALL FILE A CERTIFICATE OF SUCH SERVICE ON OR BEFORE APRIL 29, 2013, FAILING WHICH THE CASE WILL BE DISMISSED WITHOUT FURTHER PROCESS.